# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

_Christopher Matthew Miles_,

_____,

_____,

*(Write the full name of each Plaintiff filing this complaint. If there is insufficient space to list the names of all Plaintiffs, please write "see attached" in the space above and attach an additional page with a full list of names.)*

**Case No.:** _4:23cv534-AW/MAF_
*(To be filled in by the Clerk's Office)*

**v.**

_Patent Proffessors; Health Industry_,

_ALL OTHER ENTITIES USING HDS Plan Attributes_
*(Write the full name of each Defendant who is being sued in this complaint. If there is insufficient space to list the names of all Defendants, please write "see attached" in the space above and attach an additional page with a full list of names.)*

**Jury Trial Requested?**
☐ YES  ☑ NO

_____/

FILED USDC FLND TL
DEC 20 '23 PM2:15

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: Christopher Matthew Miles

   Address: P.O Box 1000 Chattahoochee, Florida 32324-1000

   City, State, and Zip Code: Chattahoochee, Florida 32324-1000

   Telephone: (850)663-1222 _(Home)_ (850)541-9435 _(Cell)_

2. Plaintiff's Name: _____

   Address: _____

   City, State, and Zip Code: _____

   Telephone: _____ _(Home)_ _____ _(Cell)_

   *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

   State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: _Patent Professors_

   Official Position: _____

   Employed at: _____

   Mailing Address: _10394 West Sample Road Coral Springs, Florida_

   _33065_

   ☐ Sued in Individual Capacity   ☑ Sued in Official Capacity

2. Defendant's Name: _Companies currently using my Business Plan for Health Database Systems_

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   _____

   ☐ Sued in Individual Capacity   ☑ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.   BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)        ☐ State/Local Officials (*§ 1983 case*)

## III.  STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are
entitled to relief. Describe how *each* Defendant was involved and what each
person did, or did not do, in support of your claim. Identify when and where
the events took place, and state how each Defendant caused you harm or
violated federal law. Write each statement in short numbered paragraphs,
limited as far as practicable to a single event or incident. ***Do not make legal
argument, quote cases, cite to statutes, or reference a memorandum***. You
may make copies of the following page if necessary to supply all of the facts.
Barring extraordinary circumstances, no more than five (5) additional pages
should be attached. ***Facts not related to this same incident or issue must be
addressed in a separate civil rights complaint.***

As PART of my business plan's dissertation for my doctorate in business,
I developed a Database called Health Database System (HDS) including:
① Call center with doctors to diagnose pathology during ambulance trip to hospital.
② Constant real-time tracking of blood pressure / Cholesterol / Blood Sugar for a patients life.
③ Tracking of Hereditary Diseases (family linkages and tracking over the life of patient).
④ Medication List (current and over the patients life).

**Factual Allegations, Continued** *(Page __2__ of __2__)*

⑤ Income information / Insurance Updates and Adherences)

⑥ Job status / History of social work status

⑦ Dental registery and Dental records

⑧ Driver's License placement into computer and tranfeed to preset room at hospital

⑨ Digital Images of individuals taken over the years throughout the life of patent. (KODAK)

⑩ Tranferable file from ambulance to room television.

⑪ Bed weight and emergency room bed weight

⑫ Oxygen masks for surgeons durring surgeries (not on original plan)

⑬ Meal tracking and nutritional plan displayed on tv (flashing)

⑭ With HIPPA LAW APPROVALS: Companies like Nike, Pfizer to get information for specification and customization of products.

The Patent Professors said or communicated that the Business Plan's patent was going to be 4,000.00. There was no payment plan. Several companies use my idea within my dissertation's business plan holding its validity in questions. The patent professors stopped communication of patent purchase for 2 years now to help me sue for the idea's plan as it provides the service. Patent professors said or communicated after my plan's idea was stolen that it would be 4,000.00 to patent my idea without aiding in investigation.

## IV.    STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated.  Be specific.  If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III.  If more than one Defendant is named, indicate which claim is presented against which Defendant.

The Patent was a buisness plan for my dissertation on the comparisons of Health Systems that have efficiency through accounting/accountability and application/finance, as a Case study and was (Apart) apart of a personal business plan for business not yet published by my school in dissertation form. Theft of property and business plan is cited as a claim to bring litigation.

## V.    RELIEF REQUESTED

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.  If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

Because the patent professors failed to provide full service, indicating the link to theft because of the profitability of the health database system, and the ability to make profits, I want to sue for damages of 100,000,000 or the value of the patent compared to first companies utilization and personal losses of a corporate selling of idea. For corporations using my database without permission, I want to sue for 1,000,000,000,000 (1 trillion USD), (widespread usage of dating and memor of usage of idea and theft thereafter)

## VI.    CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 12/12/23   Plaintiff's Signature: _Christopher M. Miles_

Printed Name of Plaintiff: _Christopher Matthew Miles_

Address: _P.O. BOX 1000_

_Chattahoochee, Florida 32324-1000_

E-Mail Address: _Christophermiles786@yahoo.com_

Telephone Number: ___(850) 663-1222 or (850) 541-9435___

*(Additional signature page(s) must be attached if there is more than one Plaintiff.)*

Christopher Matthew Miles
Unit/ Department 21/A
Florida State Hospital
P.O. Box 1000
Chattahoochee, FL 32324-1000



NEOPOST
FIRST-CLASS MAIL
12/14/2023
US POSTAGE $001.83⁰
ZIP 32324
041M11465974

United States District Court Northern District of Florida
Office of the clerk
111 North Adams Street, Suite 322
Tallahassee, Florida 32301-7717