## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**CHRISTOPHER MATTHEW MILES,**

     **Plaintiff,**

**v.**                               **Case No. 4:23-cv-534-AW-MAF**

**PATENT PROFESSORS CORP., et al,**

     **Defendants.**

_____/

### ORDER OF DISMISSAL

The magistrate judge recommends dismissal for failure to state a claim, failure to pay the filing fee or submit a proper IFP motion, and failure to comply with court orders. ECF No. 8. I have considered Plaintiff's "Motion to plea to shotgun pleadings address" (ECF No. 11) and treated it as an objection.

I now adopt the report and recommendation and incorporate it into this order to the extent it addresses the filing fee and the failure to comply with court orders. I do not address the merits of Plaintiff's claims.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to pay the filing fee or submit a proper IFP motion and for failure to comply with a court order." The clerk will then close the file.

The motion (ECF No. 11) is DENIED.

SO ORDERED on April 10, 2024.

_s/ *Allen Winsor*_____
United States District Judge